UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
NOV 18 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 6:22-cr-71-REW

MICHAEL P. GREEN

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

Beginning in or about August 2022, the exact date unknown, and continuing through on or about September 27, 2022, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**MICHAEL P. GREEN**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before Defendant Michael P. Green committed the offense charged in this count, he was previously convicted in 2009 under federal law of the following serious drug felony: Possession with the Intent to Distribute Methamphetamine pursuant to 21 U.S.C. § 841(a)(1) – for which he served more than 12 months of imprisonment and for which

he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about September 27, 2022, in Laurel County, in the Eastern District of Kentucky,

**MICHAEL P. GREEN**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant Michael P. Green committed the offense charged in this count. he was previously convicted in 2009 under federal law of the following serious drug felony: Possession with the Intent to Distribute Methamphetamine pursuant to 21 U.S.C. § 841(a)(1) – for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1.  By virtue of the commission of the felony offenses alleged in this Indictment, **MICHAEL P. GREEN** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation(s) of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly

or indirectly as a result of the commission of the violation(s) of 21 U.S.C. § 841. Any and all interest that **MICHAEL P. GREEN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

   **CURRENCY:**

   $7,170.00 in United States currency seized on September 28, 2022.

   **FIREARM AND AMMUNITION:**
   Colt, unknown model, .22 caliber handgun, SN: 15687DER, and all associated accessories and ammunition.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

███████████████
FOREPERSON

_/s/ signed for_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# PENALTIES

### Counts 1&2:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If prior conviction for a serious drug felony or serious violent felony:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed property.

**PLUS:**      Restitution, if applicable.